# Court of Appeals
# of the State of Georgia

ATLANTA,  August 25, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0019. HARBORVIEW THOMASTON, LLC d/b/a HARBORVIEW HEALTH SYSTEMS v. TERI FIELDS, AS ADMINISTRATOR OF THE ESTATE OF VESTER DURHAM, DECEASED et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED.

Ordinarily, within ten days after an order is issued granting a discretionary appeal, the applicant must file a notice of appeal in the trial court to secure a review of the issues. OCGA § 5-6-35 (g). However, Harborview Thomaston, LLC has already filed a notice of appeal, and the case has been docketed here as Case No. A23A0076. Harborview Thomaston, LLC need not file a second notice of appeal. See *Wannamaker v. Carr*, 257 Ga. 634, 635 (1) (362 SE2d 53) (1987). To avoid superfluous appeals, our review of the trial court's order will proceed under Case No. A23A0076.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  08/25/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*